IN THE MATTER OF THE PETITION     *       IN THE
FOR REINSTATEMENT OF                   COURT OF APPEALS
EDWARD DORSEY ELLIS ROLLINS, III   *       OF MARYLAND
TO THE BAR OF MARYLAND

                                         *       Misc. Docket AG No. 43
                                             September Term, 2019

## ORDER

Upon consideration of the Verified Petition for Reinstatement of Edward Dorsey Ellis Rollins, III, Bar Counsel's consent thereto, and the record herein, it is the <u>23rd</u> day of October, 2019,

ORDERED, by the Court of Appeals of Maryland that the Petition be, and the same hereby is, GRANTED; and it is further

ORDERED, that, effective November 1, 2019, Edward Dorsey Ellis Rollins, III be reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that, on November 1, 2019, the Clerk of the Court shall replace the name of Edward Dorsey Ellis Rollins, III upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this state.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk